UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA §

vs.

§ CR No. __C-09-275M__

__Roberto Rodriguez__

### ORDER OF TEMPORARY DETENTION AND HEARING

The Court,

  ___ *sua sponte,* upon finding there is a serious risk Deft will

    ___ flee,
    ___ obstruct or attempt to obstruct justice,
    ___ threaten, injure, intimidate or attempt to threaten, injure or intimidate a prospective witness or juror,

  ___ upon Motion by the Government,

**ORDERS a Detention Hearing.**

  Motion by:  ✓ the Government,
       ___ the Defendant
       ___ pro-se
       ___ by counsel,

for Continuance is **GRANTED.** Preliminary Examination and Detention Hearing set on __4-1-09__ at __8:00__ **a.m.** before U. S. Magistrate Judge B. Janice Ellington.

Pending this hearing, Defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

  SIGNED this __27th__ day of __March__, 2009.

             _/s/ B. Janice Ellington_
             B. Janice Ellington
             UNITED STATES MAGISTRATE JUDGE