UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2009

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | **C-09-303** |
| ROBERTO RODRIGUEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about March 26, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROBERTO RODRIGUEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than one hundred (100) kilograms of marihuana, that is, approximately six hundred sixty-eight and seventy-nine hundredths (668.79) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

By: _[signature]_
ROB W. MACDONALD
Assistant United States Attorney