| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket   C-09-275M<br>Presented in Corpus Christi |
|---|---|

CORPUS CHRISTI Division

File:

INDICTMENT   Filed: April 22, 2009

County: Brooks
LIONS #: 2009R06319

United States of America

v.

ROBERTO RODRIGUEZ

CR. No. **HONORABLE HAYDEN HEAD**
**C-09-303**

Judge: _____

Attorneys:

TIM JOHNSON, ACTING U.S. ATTORNEY
ROB W. MACDONALD, ASST. U.S. ATTORNEY
GRAND JURY ACTION        APP'D  RET'D

PLEASE INITIAL _____

TRUE BILL: _____

NO BILL: _____

Charge(s):   Ct. 1: Did knowingly and intentionally possess with intent to distribute approximately 668.79 kilograms of marihuana: 21 USC 841(a)(1) and 841(b)(1)(B).

Total Counts (1)

Penalty:   Ct. 1: Not less than 5 years and not more than 40 years imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $2 million, or both; at least 4 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:   XXX

On Bond:

No Arrest: